UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 06-10425-JLT |
| ) | |
| CHERYL SWIFT ) | |

ORDER

Upon consideration of Defendant's Motion To Forego Standard Condition Of Supervision Number 13 As To Current Employer, it is this 3rd day of December, 2008 hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Ms. Swift is not required to notify her current employer of the instant conviction.

_____
Judge Joseph L. Tauro

12/13/08